# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LANGWEILER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 10-3210 |
| THE BOROUGH OF NEWTOWN, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, on this 28th day of December, 2010, upon careful consideration of Defendants Borough of Newtown's, Anthony Wojciechowksi's, and Lee Matthews's Motion to Partially Dismiss Plaintiff's Complaint (ECF No. 7), and Plaintiff Craig Langweiler's Cross-Motion to File an Amended Complaint (ECF No. 12), it is hereby ORDERED as follows:

1. Defendants' Motion to Partially Dismiss is GRANTED in part, and DENIED in part, in accordance with the accompanying Memorandum.

2. Plaintiff's Cross-Motion to file the Amended Complaint attached to the Motion is DENIED. Plaintiff Craig Langweiler is granted leave to file a different amended complaint within thirty (30) days of this Order to cure the deficiencies identified in the accompanying Memorandum.

BY THE COURT:

s/Timothy Savage for

Michael M. Baylson, U.S.D.J.

O:\Todd\10-3210 Langweiler v. Newtown et al\Langweiler - MTD Order.wpd