IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LANGWEILER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 10-3210 |
| THE BOROUGH OF NEWTOWN, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, on this 12th day of May, 2011, upon careful consideration of Defendants Borough of Newtown's, Anthony Wojciechowksi's, Lee Matthews's, and John Does 1-10's Motion to Partially Dismiss Plaintiff's First Amended Complaint (ECF No. 21), and Plaintiff's opposition (ECF No. 26), it is hereby ORDERED that Defendants' Motion is GRANTED in part, and DENIED in part, in accordance with the accompanying Memorandum.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Todd\10-3210 Langweiler v. Newtown et al\Langweiler - Second MTD Order.wpd